419 A.2d 192

Commonwealth v. Smith, a/k/a Ali, Appellant.

Submitted June 12, 1978.   Thomas G. Gavin, for appellant;   Joan D. Lasensky, Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Order affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.

419 A.2d 193

Commonwealth v. Woodruff, Appellant.

Submitted December 4, 1978.   appellant;   Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.